OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino CLERK

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

January 8, 2018

Prothonotary
Superior Court of Delaware
New Castle County Courthouse
500 N. King Street
Wilmington, DE 19801

     RE:    <u>Coit Capital Securities, LLC v. Turbine Asset Holdings, LLC, et al.</u>,
            C.A. No.17-658-MSG

Dear Clerk:

Pursuant to the Order of Remand dated January 8, 2018 signed by the Honorable Mitchell S. Goldberg, remanding the above captioned case to your Court, enclosed please find the following items:

(X)    Certified copy of the Order of Remand
(X)    Certified copy of the USDC Docket Sheet

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

John A. Cerino, Clerk of Court

By    /s/Nicole Nolt
       Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**